THE HONORABLE MARC BARRECA
Chapter: 11
Hearing Date: June 15, 2015
Hearing Time: 2:00 PM
Hearing Location:  US Courthouse
 700 Stewart Street
 Seattle WA 98101
 Courtroom 7106
Response Date: June 13, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GARTH A. MACLEOD, | ) | Case No.: 14-17526-MLB |
| | ) | |
| Debtor. | ) | MOTION TO SELL REAL PROPERTY |
| | ) | FREE AND CLEAR OF LIENS AND |
| | ) | INTERESTS |

COMES NOW, Debtor-in-possession, Garth A. MacLeod, by and through his attorney Jonathan S. Smith of Advantage Legal Group, and moves this Court for an order authorizing the sale of Debtor-in-possession's real property located at 3810 Hunts Point Road Hunts Point, WA 98004 (the "Property"), free and clear of all liens and interests, pursuant to 11 U.S.C. §§ 363.

The property to be sold, the terms of the sale are detailed in the Purchase and Sale Agreement (Exhibit A). The HUD-1 statement has yet to be prepared, but will be provided upon receipt at a later date and are summarized as follows:

Debtor-in-possession's Motion for Sale of Real
Property of the Estate Free and Clear of Liens and
Encumbrances - 1

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
Tel: (425) 452-9797
Facsimile: (425) 440-7681

Street address of property to be sold: 3810 Hunts Point Road Hunts Point, WA 98004

Sale price: $7,855,000

Tax ID: 353490018101

Terms of sale: Cash at Closing

Purchaser: Water & Virtue, LLC

Purchaser's address: Registered Agent: Oseran, Hahn, Spring, Straight & Watts P.S. c/o William Hsu 10900 NE 4th Street #1430 Bellevue, WA 98004

Costs of sale: As detailed in the HUD-1 Statement (Provided at later date).

Encumbrances and approximate claim amounts: 1st – JP Morgan Chase Bank, National Association first deed of trust for yet to be determined amount according to the HUD-1; and 2nd – JP Morgan Chase Bank, National Association second deed of trust for yet to determined amount according to the HUD-1.

The debtor-in-possession believes and therefore alleges that the purchaser is a good faith purchaser for value.

The proof of claim for first mortgage holder JP Morgan Chase Bank, National Association dated January 2, 2015 indicated an amount of secured claim of $6,467,226.53. There is no proof of claim for second mortgage holder JP Morgan Chase Bank, National Association, though listed on Schedule D: Secured Creditors, debtor-in-possession lists second mortgage holder JP Morgan Chase Bank, National Association with a secured claim amount of $508,987.00. Though the claim amounts may have increased, Debtor-in-possession believes that

Debtor-in-possession's Motion for Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances - 2

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
Tel: (425) 452-9797
Facsimile: (425) 440-7681

the sale amount will be sufficient to cover the true amounts debtor-in-possession owes creditors, JP Morgan Chase Bank.

Said sale will be free and clear of all liens and interests, except for real and personal property taxes, said liens and interests to attach to the proceeds of the sale as though those proceeds were the property, and said liens and interests to be satisfied from those proceeds.

Should the buyer be unable to close, the debtor-in-possession reserves the right to sell the property to a subsequent buyer, subject to the approval of the sale by JP Morgan Chase Bank, National Association as provided that in no case is the Debtor-in-possession entitled to receive funds from the sale of the property, except for the homestead of $125,000.00 exemption that the Debtor-in-possession may receive.

WHEREFORE, the Debtor-in-possession prays for an order approving the sale of the property, located at 3810 Hunts Point Road Hunts Point, WA 98004, free and clear of liens and interests.

Dated this 3rd day of June, 2015.

    /s/ Jonathan S. Smith
Jonathan S. Smith, WSBA No. 27372
Counsel for Debtor-in-Possession
Advantage Legal Group
12207 NE 8th Street
Bellevue, WA 98005
Tel: (425) 452-9797
Fax: (425) 440-7681
jonathan@advantagelegalgroup.com

Debtor-in-possession's Motion for Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances - 3

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
Tel: (425) 452-9797
Facsimile: (425) 440-7681