THE HONORABLE MARC BARRECA
Chapter: 11
Hearing Date: June 15, 2015
Hearing Time: 2:00 PM
Hearing Location: US Courthouse
700 Stewart Street
Seattle WA 98101
Courtroom 7106
Response Date: June 13, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GARTH A. MACLEOD, | ) | Case No.: 14-17526-MLB |
| | ) | |
| Debtor. | ) | **AMENDED** NOTICE OF HEARING ON MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS |

**PLEASE TAKE NOTICE,** Debtor-in-possession, Garth A. MacLeod, by and through his attorney, Jonathan S. Smith, notes this hearing for Debtor-in-possession's Motion to Sell Property Free and Clear of Liens and Interests FOR HEARING AS FOLLOWS:

Judge: Marc Barreca

Time: 2:00 PM

Place: US Courthouse, 700 Stewart Street, Courtroom 7106, Seattle, WA 98101

NOTICE OF HEARING FOR MOTION TO SELL

Page 1 of 5

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
(425)452-9797 Ph.

Date: June 15, 2015

You must file your written response with the court clerk, no later than the response date which is: June 13, 2015.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may consult one.

If you do not want the court to approve Debtor-in-possession's Motion to Sell Real Property Free and Clear of Liens and Interests, an objection must be in writing and shall be filed with the Court and served at least two (2) calendar days prior to the above hearing date. Service of an objection and all evidence supporting the objection shall be served on US Trustee's office, and Jonathan S. Smith, attorney for the Debtor-in-possession, at the address stated in this notice.

File with the Court a written objection explaining your position at:

United States Bankruptcy Court
700 Stewart Street
Seattle, WA 98101

If you mail your objection to the Court at the above address for filing, you must also mail it early enough so the court will receive it on, or before, the dates stated above.

You must also mail a copy to:

Office of the U.S. Trustee
700 Stewart Street Suite 5103
Seattle, WA 98101

NOTICE OF HEARING FOR MOTION TO SELL

Page 2 of 5

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
(425)452-9797 Ph.

Case 14-17526-MLB    Doc 51-1    Filed 06/03/15    Ent. 06/03/15 15:39:22    Pg. 2 of 5

Advantage Legal Group
c/o Jonathan S. Smith
12207 NE 8th Street
Bellevue, WA 98005

Garth A. MacLeod
3810 Hunts Point
Hunts Point, WA 98004

Dated this 3rd day of June, 2015.

<u>/s/ Jonathan S. Smith</u>
Jonathan S. Smith, WSBA No. 27372
Counsel for Debtor-in-Possession
Advantage Legal Group
12207 NE 8th Street
Bellevue, WA 98005
Tel: (425) 452-9797
Fax: (425) 440-7681
jonathan@advantagelegalgroup.com

NOTICE OF HEARING FOR MOTION TO SELL

Page 3 of 5

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
(425)452-9797 Ph.

## Certificate of Service

I certify that on June 3, 2015, Service of the above and foregoing Notice of Hearing for Motion to Sell Real Property Free and Clear of Liens and Interests, Creditor Matrix, Motion to Sell Real Property Free and Clear of Liens and Interests, Proposed Order to Sell Property Free and Clear of Liens and Interests, Exhibit A: Purchase and Sale Agreement, and Signed Order for Motion to Shorten Time have been served upon the parties below and on the attached creditor matrix, either electronically or by depositing the same in the United States mail and with sufficient first class postage affixed.

/s/ Jonathan S. Smith
Jonathan S. Smith, WSBA No. 27372
Counsel for Debtor-in-Possession

US Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101

Honorable Judge Marc Barreca
700 Stewart Street, Room 7106
Seattle, WA 98101

Garth A. MacLeod
3810 Hunts Point
Hunts Point, WA 98004

Columbia State Bank
C/O Thomas A. Lerner
Stokes Lawrence PS
1420 5th Avenue Suite #3000
Seattle, WA 98101

NOTICE OF HEARING FOR MOTION TO SELL

Page 4 of 5

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
(425)452-9797 Ph.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | JP Morgan Chase Bank, National Association |
| 5 | RCO Legal, P.S.<br>C/O Jennifer L. Aspaas |
| 6 | 1355 SE 36th Street Suite 300<br>Bellevue, WA 98006 |

JP Morgan Chase Bank, National Association
RCO Legal, P.S.
C/O Jennifer L. Aspaas
1355 SE 36th Street Suite 300
Bellevue, WA 98006

NOTICE OF HEARING FOR MOTION TO SELL

Page 5 of 5

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
(425)452-9797 Ph.