**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

In re:

GARTH A. MACLEOD

    Debtor.

CHAPTER 11 PROCEEDING
NO. 14-17526-MLB

DECLARATION IN SUPPORT

I, Garth A. MacLeod am the debtor-in-possession in the above-referenced case and declare that the following is true and correct to the best of our knowledge:

1. On October 12, 2014, I filed a voluntary Chapter 11 bankruptcy petition.

2. With the assistance of my realtor, I have been aggressively marketing my property located at 3810 Hunts Point Road, Hunts Point, WA 98004 since 2012.

3. The list price is $8,298,000.

4. On or around May 19, 2015, I received an offer on the property. I accepted the offer on May 20, 2015 for $7,880,000.

5. After the signing of the purchase and sale agreement, an inspection occurred. There was additional work that needed to be done on the property; therefore a $25,000 price reduction was made.

6. The price of the home is now at $7,855,000 at the time of closing on June 16, 2015.

7. It is in the best interest for the home to be sold and my creditors to be paid.

Declaration -1

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
Tel: 425-452-9797
Facsimile: 425-440-7681

1  I declare under the penalty of perjury that the foregoing is true and correct.

2

3  DATED, this ____4____ day of ____June____ 2015.

4

5
   _____
6  Garth A. MacLeod

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
   Declaration -2                                ADVANTAGE LEGAL GROUP
27                                                 12207 NE 8TH STREET
                                                   BELLEVUE, WA 98005
28                                                 Tel: 425-452-9797
                                                   Facsimile: 425-440-7681