

# A. ESTIMATED SETTLEMENT STATEMENT (HUD-1)



Chicago Title Company of Washington

OMB Approval No. 2502-0265

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☒ Conv. Unins. | 6. File Number: 0041707-ETU-JS | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

(0041707-ETU/60)

| D. Name and Address of Buyer: Water & Virtue, LLC | E. Name and Address of Seller: Garth MacLeod 3810 Hunts Point Rd Hunts Point, WA 98004 | F. Name and Address of Lender: |
|---|---|---|

| G. Property Location: 3810 Hunts Point Rd Hunts Point, WA 98004 King County, Washington | H. Settlement Agent: Chicago Title Company of Washington (425)455-4995 10500 NE 8th St., Suite 600 Bellevue, WA 98004 Place of Settlement: 10500 NE 8th St. Suite 600 Bellevue, WA 98004 | I. Settlement Date: June 29, 2015 Disbursement Date: June 29, 2015 |
|---|---|---|

| J. Summary of Buyer's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Buyer** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | | 401. Contract sales price | 7,880,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes          to | | 407. County taxes  06/29/15 to 07/01/15 | 354.34 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from Buyer** | | **420. Gross amount due to Seller** | 7,880,354.34 |
| **200. Amounts Paid by or in Behalf of Buyer** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 476,531.67 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan to Chase Home Lending | 6,816,311.45 |
| 205. | | 505. Payoff of second mortgage loan to Chase | 497,857.85 |
| 206. Credit to buyer in lieu of repairs | | 506. Credit to buyer in lieu of repairs | 25,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. Seller paid owner's policy | | 509. Seller paid owner's policy | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for Buyer** | | **520. Total reduction amount due Seller** | 7,815,700.97 |
| **300. Cash at Settlement from/to Buyer** | | **600. Cash at Settlement from/to Seller** | |
| 301. Gross amount due from Buyer (Line 120) | | 601. Gross amount due to Seller (Line 420) | 7,880,354.34 |
| 302. Less amount paid by/for Buyer (Line 220) | ( ) | 602. Less reductions due Seller (Line 520) | ( 7,815,700.97) |
| **303. CASH FROM BUYER** | | **603. CASH TO SELLER** | 64,653.37 |

## L. Settlement Charges

| | | | Paid From Buyer's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** $275,800.00 | | | | |
| *Division of commission (line 700) as follows:* | | | | |
| 701. $ 118,200.00 to Foster Realty | | | | |
| 702. $ 157,600.00 to Skyline Properties | | | | |
| 703. Commission paid at settlement | | | | 275,800.00 |
| 704. | | | | |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Our origination charge | | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | (from GFE #2) | | |
| 803. Your adjusted origination charges | | (from GFE #A) | | |
| 804. Appraisal fee | | (from GFE #3) | | |
| 805. Credit report | | (from GFE #3) | | |
| 806. Tax service | | (from GFE #3) | | |
| 807. Flood certification | | (from GFE #3) | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | | |
| 901. Interest from 06/29/15 to 07/01/15 to | | (from GFE#10) | | |
| 902. Mortgage insurance premium for month to | | (from GFE #3) | | |
| 903. Homeowner's insurance for year to | | (from GFE #11) | | |
| 904. for year to | | | | |
| 905. | | | | |
| **1000. Reserves Deposited with Lender** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | | |
| 1002. Homeowner's insurance Months @ $ per Month | | | | |
| 1003. Mortgage insurance Months @ $ per Month | | | | |
| 1004. Property taxes Months @ $ per Month | | | | |
| 1005. Months @ $ per Month | | | | |
| 1006. Months @ $ per Month | | | | |
| 1007. Months @ $ per Month | | | | |
| 1008. Aggregrate Adjustment Months @ $ per Month | | | | |
| **1100. Title Charges** | | | | |
| 1101. Title services and lender's title insurance to Chicago Title Company of Washington | | (from GFE #4) | | |
| 1102. Settlement or closing fee | | | | 1,806.75 |
| 1103. Owner's title insurance to Chicago Title Company of Washington | | (from GFE #5) | | 8,055.92 |
| 1104. Lender's title insurance | | | | |
| 1105. Lender's title policy limit | | | | |
| 1106. Owner's title policy limit $7,880,000.00 | | | | |
| 1107. Agent's portion of the total title insurance premium to Chicago Title Company of Washington | | | | |
| 1108. Underwriter's portion of the total title insurance premium to Chicago Title Insurance Compan | | | | |
| 1109. | | | | |
| 1110. | | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Government recording charges to King County Treasurer | | (from GFE #7) | | |
| 1202. Deed $ ; Mortgage $ ; Releases $ | | | | |
| 1203. Transfer taxes to King County Treasurer | | (from GFE #8) | | |
| 1204. City/County tax/stamps Deed $140,269.00; Mortgage $ | | | | 140,269.00 |
| 1205. State tax/stamps Deed $ ; Mortgage $ | | | | |
| 1206. Aggregate Recording Charges $250.00 | | | | |
| 1207. Affidavit Processing Fee | | | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | | |
| 1302. | | | | |
| 1303. | | | | |
| 1304. County Taxes | | | | |
| 1305. Final Utility Bill- estimated to BELLEVUE CITY TREASURER - U | | | | 600.00 |
| 1306. | | | | |
| 1307. Security deposit to Security Deposit | | | | 50,000.00 |
| 1308. | | | | |
| 1309. | | | | |
| 1310. | | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | | 476,531.67 |

*Paid outside of closing by borrower (B), seller (S), lender (L), third-party (T)



# Chicago Title Company of Washington
10500 NE 8th St., Suite 600, Bellevue, WA 98004
Phone: (425)455-4995 | FAX: (425)646-9154

## ESTIMATED SELLER'S HUD-1, ATTACHMENT

| | |
|---|---|
| **Settlement Date:** June 29, 2015 | **Escrow no.:** CSEA-4641-0041707-ETU |
| **Disbursement Date:** June 29, 2015 | **Escrow Officer:** Jane Shyne |
| **Settlement Agent:** Chicago Title Company of Washington (425)455-4995 | **Place of Settlement:** 10500 NE 8th St. Suite 600 Bellevue, WA 98004 |
| **Buyer:** Water & Virtue, LLC | **Seller:** Garth MacLeod 3810 Hunts Point Rd Hunts Point, WA 98004 |
| **Lender:** | **Property:** 3810 Hunts Point Rd Hunts Point, WA 98004 King County, Washington |

### Title Services

| Description | | Seller |
|---|---|---|
| **Line 1102 Detail -** | | |
| Payee: Chicago Title Company of Washington | | |
| Settlement or closing fee - Escrow Fee | | 1,806.75 |
| | Line 1102 Total: | 1,806.75 |
| **Line 1103 Detail -** | | |
| Payee: Chicago Title Company of Washington | | |
| Owner's title insurance | | 8,055.92 |
| | Line 1103 Total: | 8,055.92 |
| | **Total Title Services:** | **9,862.67** |

### Payoffs

| Payee/Description | | | Seller |
|---|---|---|---|
| Chase Home Lending | | | 6,816,311.45 |
| Payoff of first mortgage loan | | | |
| Loan Payoff | 6,810,601.70 | | |
| Additional Interest | 5,709.75 | From: 07/03/15 Through: 07/08/15 @ 1,141.95 Per Diem | |
| Total Payoff | 6,816,311.45 | | |
| | | | |
| Chase | | | 497,857.85 |
| Payoff of second mortgage loan | | | |
| Loan Payoff | 497,857.85 | | |
| Total Payoff | 497,857.85 | | |

### Additional Disbursements from Broker's Commissions

The following persons, firms or corporations received a portion of the real estate commission amount:

**Payee/Description**

Realogics Sotheby's International Realty
Skyline Properties
Windermere Real Estate/East, Inc.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

SELLER:

_____
Garth MacLeod

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause funds to be disbursed in accordance with this statement.

_____
Chicago Title Company of Washington
Settlement Agent