# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

GARTH A. MACLEOD

            Debtor.

CHAPTER 11 PROCEEDING
NO. 14-17526-MLB

DECLARATION OF GARTH A. MACLEOD IN SUPPORT OF MOTION TO SELL FREE AND CLEAR OF INTERESTS AND LIENS

I, Garth A. MacLeod am the debtor and debtor-in-possession in the above-referenced case and declare that the following is true and correct to the best of our knowledge:

1. I have been attempting sell the home located at 3810 Hunts Point Road, Hunts Point (Bellevue), WA 98004 since June 13, 2012 when I first put the home up for sale. I eventually switched to Tere Foster and her team on December 31, 2013.

2. Since then the Foster team has conducted approximately 140 previews of the property, 83 actual showings of the property, and 9 Broker's open houses.

3. We have gradually lowered the asking price from $10,800,000 to $8,298,000 from June 2012 to April 29, 2015. We finally got an offer in May which is the subject of this Motion to Sell.

4. I can confirm to the court that this sale is an "Arm's Length" transaction. No party to the contract is a family member, related by blood or marriage, or a business associate who shares a business interest with me or anyone related to me though blood or marriage. Further, neither

Declaration -1

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
Tel: 425-452-9797
Facsimile: 425-440-7681

myself nor any family member will retain a direct or indirect ownership or possessory interest in the property and/or have a formal or informal option to obtain such an interest in the future.

5. Given the amount of time and effort that has gone into marketing this property for the extended timeframe it has been on the market, I believe that were we to lose this buyer that we may not be able to secure a buyer for this or a greater price and would likely be forced to accept an even lower offer. As such, I believe that this offer should be approved and accepted as being in the best interest of the creditors and myself.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED, this __17__ day of __June__ 2015.

_____
Garth A. MacLeod

Declaration -2

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
Tel: 425-452-9797
Facsimile: 425-440-7681