# Exhibit A

## Single Family Full

**3810 Hunts Point Rd, Hunts Point 98004**
MLS#: 469979  Area: 520  CDOM: 1058
County: King
Status: Pending (06/01/2015)  LP: $8,298,000
Proj:  OLP: $9,980,000
CMTY: Hunts Point



### Remarks
Elegant Hunts Point Waterfront. A vision of modern luxury awaits as you enter the private drive to this custom waterfront estate. The architecturally stunning residence claims 1.17 acres of street-to-water grounds. Relaxed, refined living flows through the rotunda to light and airy spaces. Gracious living space blends between indoors and out as views of the lake and eagles soaring lend drama to the setting. Interiors with warmth and sophistication. Details of distinction—Only on Hunts Point.

### Agent Remarks
MUST PREVIEW TO SHOW. 48HR NOTICE-NO EXCEPTION, M-F after 11am. VERIF FUNDS/BANK LTR MAY BE REQUIRED. CALL LA FOR DETAILS. Call Tere at 425-278-3000 or Becky at 206-605-1927 to schedule. Email offers to teamfoster@fosterrealty.com.
Show Info: Appointment, Call Listing Office

### Agent/Office Information
Agent: Tere Foster (73159)  Agent Ph: (425) 637-8373
Office: Windermere Real Estate/East  Office Ph: (425) 455-9800
Co Agent: Becky Gray (26196)  Co Ag Ph: (206) 605-1927
Co Office: Realogics Sotheby's Int'l Rlty  Co Off Ph: (425) 658-5300
Commission: 2  Fax: (425) 454-8620
Occ Name: Undisclosed  Occ Type: Owner
Own Name: Undisclosed  Own Ph: (000) 000-0000
Own City: Hunts Point, WA  Ph Show: (425) 278-3000

Yr Built: 2007  SF Src: Buyer to verify
Eff Yr Blt/Src:
SF: 7,297  Prc/SF: $1,137.18
SFF: 7,297  SFU:
Lt Sz: 1.166 ac / 50,800 sf
Lt Sz Src:
Directions: Hunts Point Road. Home is on the right mid-way on the point.

BR: 5  BTH: 4  FBT: 2  QBT: 2  HBT: 1  FP: 4

### General Information
Prop Type: Single Family  SubType: Residential  TaxID: 3534900181
School Dist: Bellevue  List Dt: 04/08/2013  Exp Dt:
Elementary: Clyde Hill Elem  Jr High: Chinook Mid  Snr High: Bellevue High
Mnth Dues:  Mntly Rnt:

### Additional Property Info
Ann Taxes: $64,136  Tax Year: 2015  Snr Expt: No  Form 17: Provided
Map Link: Yes  ShowPub: Yes  Prim Ttl: Yes
Internet Ad: Yes  Pro Blog: Yes  Allow VI: Yes
Bank/REO: No  3rd Prty: None  Auction: No
First Refusal:  Terms: Cash Out, Conventional  Possession: Closing

### Listing Information

|  | L | M | U | S |  |  |
|---|---|---|---|---|---|---|
| # Beds: |  | 1 | 4 |  |  |  |
| Bath Full: |  |  | 2 |  |  |  |
| Bath 3/4: |  | 1 | 1 |  |  |  |
| Bath 1/2: | 1 |  |  |  |  |  |
| Fireplaces: |  |  |  |  |  |  |
| Entry |  | X |  |  |  |  |
| LivingRoom |  | X |  |  |  |  |
| DiningRoom |  | X |  |  |  |  |
| Kit w ES |  | X |  |  |  |  |
| Master Bd |  |  | X |  |  |  |
| BonusRoom |  |  | X |  |  |  |
| Den/Office |  | X |  |  |  |  |
| ExtraFinRm |  | X |  |  |  |  |
| RecRoom | X |  |  |  |  |  |
| FamilyRoom |  | X |  |  |  |  |
| UtilityRoom |  |  | X |  |  |  |
| UtilityRoom |  | X |  |  |  |  |

Wtrfront: 87 ft; Bank-Low, Lake
BldCond:  Builder: Bender Custom Construction  Bld Info: Built On Lot
Archtctr:  Leased Eq:  Style Cd: 18 - 2 Stories w/Bsmnt
View: Bay, Lake  Exterior: Brick, Stucco
Wtr Heatr Typ/Loc: gas /  Foundation: Poured Concrete
PrkType: Garage-Attached, Garage-Detached  Tt Cvr Prk: 3
Heat/Cl: Radiant  Energy: Natural Gas
Lot Top/Veg: Level  Basement: Fully Finished
Lot Dtls: Paved Street  Roof: Tile

FloorCvr: Ceramic Tile, Hardwood, Slate, Wall to Wall Carpet
Appliancs: Dishwasher, Double Oven, Dryer, Garbage Disposal, Microwave, Range/Oven, Refrigerator, Washer
Interior Features: Bath Off Master, Built-In Vacuum, Ceiling Fan(s), Dbl Pane/Storm Windw, Dining Room, Fireplace in Mstr BR, French Doors, High Tech Cabling, Jetted Tub, Security System, Skylights, Vaulted Ceilings, Walk In Pantry, Walk-in Closet, Wine Cellar
SiteFeat: Cabana/Gazebo, Cable TV, Deck, Dock, Fenced-Partially, Gas Available, Gated Entry, High Speed Internet, Moorage, Patio, Sprinkler System

### Utility Information
Bus Line: Yes  Bus Rt#:  Pwr Co: PSE
Sewer: Sewer Connected  Sewer Co: City of Bellevue
Water Src: Public  Wtr Co: City of Bellevue

Information Deemed Reliable But Cannot Be Guaranteed.
Lot Sizes and Square Footage Are Estimates.

**Search Criteria**
Street Number is 3810
Street Name is 'Hunts Point'
Status is not 'Incomplete'
Selected 1 of 4 results.