# Exhibit B



## HOURS INVESTED IN MACLEOD PROPERTY

[04/08/2013 – 06/04/2015]

| Number Of Showings | Hours Invested |
| --- | --- |
| 83 | 249 |
| Number Of Previews | Hours Invested |
| 140 | 420 |
| Number Of Broker Opens | Hours Invested |
| 9 | 45 |

| Total Hours Invested | 714 |
| --- | --- |