# Exhibit C

# MacLeod Property: April 2013-July 2015

3810 Hunts Point Road, Hunts Point

| DATE | ADVERTISMENT PUBLICATION | COST |
|---|---|---|
| 4/9/2013 | Brochures | $107.09 |
| 4/10/2013 | Brochure Reorder | $153.30 |
| 4/12/2013 | PSBJ | $195.00 |
| 4/16/2013 | LuxeTour | $25.00 |
| 4/19/2013 | WSJ | $160.00 |
| 4/19/2013 | WSJ - Other Regions (Free) | $0.00 |
| 4/20/2013 | Boating Season Mailer Postage 2013 | $574.31 |
| 5/1/2013 | Bellevue Club May 2013 | $1,360.00 |
| 5/1/2013 | Points Living May 2013 | $1,825.00 |
| 5/4/2013 | Boating Season Mailer 2013 | $1,191.18 |
| 5/17/2013 | PSBJ | $195.00 |
| 6/1/2013 | Points Living June 2013 | $1,825.00 |
| 6/1/2013 | Luxe Magazine Summer 2013 | $2,495.00 |
| 6/5/2013 | Mercer Island Reporter | $1,099.50 |
| 6/21/2013 | PSBJ | $195.00 |
| 7/1/2013 | Bellevue Club July 2013 | $1,360.00 |
| 7/1/2013 | Windermere Living Summer | $750.00 |
| 7/1/2013 | Points Living July 2013 | $1,825.00 |
| 7/12/2013 | PSBJ | $195.00 |
| 8/1/2013 | LHM August 2013 | $1,095.00 |
| 8/1/2013 | Points Living august 2013 | $1,825.00 |
| 8/1/2013 | Bellevue Club Aug 2013 | $1,360.00 |
| 9/1/2013 | Bellevue Club Sept 2013 | $1,360.00 |
| 10/1/2013 | Bellevue Club Oct 2013 | $1,360.00 |
| 10/1/2013 | Points Living Oct 2013 | $1,825.00 |
| 10/6/2013 | eBlast | $300.00 |
| 11/1/2013 | West of Market Living | $895.00 |
| 11/1/2013 | Bellevue Club Nov 2014 | $1,360.00 |
| 11/1/2013 | Points Living | $1,825.00 |
| 11/22/2013 | PSBJ Back Cover | $195.00 |
| 12/1/2013 | Bellevue Club December 2014 | $1,360.00 |
| 12/1/2013 | Points Living Magazine | $1,825.00 |
| 12/1/2013 | Luxury Home Magazine | $1,095.00 |
| 12/1/2013 | Mercer Island Living | $1,600.00 |
| 1/1/2014 | Points Living Magazine | $1,825.00 |
| 1/1/2014 | Mercer Island Living | $1,600.00 |
| 1/1/2014 | Bellevue Club Jan | $1,360.00 |
| 2/1/2014 | Bellevue Club Feb 2014 | $1,360.00 |
| 2/26/2014 | LHM Mag Spring 2014 | $1,095.00 |
| 3/1/2014 | Bellevue Club March | $1,360.00 |
| 3/1/2014 | Points Living March 2014 | $1,825.00 |
| 3/15/2014 | Luxe Spring 2014 | $2,495.00 |
| 4/1/2014 | Bellevue Club April 2014 | $1,360.00 |
| 4/1/2014 | Windermere Mag Spring 2014 | $750.00 |
| 4/1/2014 | Points Living April 2014 | $1,825.00 |
| 4/1/2014 | Mercer Island Living April 2014 | $1,600.00 |
| 4/3/2014 | Open House eBlast | $300.00 |

| Date | Description | Amount |
|---|---|---|
| 4/8/2014 | Premier Registration | $125.00 |
| 4/19/2014 | Opening Day mailer postage 2014 | $574.31 |
| 4/21/2014 | Brochure Reorder | $155.49 |
| 5/1/2014 | Mercer Island Living May 2014 | $1,600.00 |
| 5/1/2014 | West of Market Living May 2014 | $895.00 |
| 5/1/2014 | 425 Magazine with WRE May 2014 | $375.00 |
| 5/1/2014 | Bellevue Club May 2014 | $1,360.00 |
| 5/1/2014 | Points Living May 2014 | $1,825.00 |
| 5/1/2014 | Opening Day Mailer 2014 | $1,191.18 |
| 5/1/2014 | Brochure Reoder | $155.49 |
| 6/1/2014 | Points Living June 2014 | $1,899.00 |
| 7/1/2014 | Windermere Living Summer 2014 | $750.00 |
| 7/3/2014 | New Brochure with Sotheby Info | $120.45 |
| 8/1/2014 | Points Living August 2014 | $1,899.00 |
| 8/1/2014 | Bellevue Club August 2014 | $1,360.00 |
| 9/1/2014 | Luxury Portfolio Fall issue 2014 | $750.00 |
| 9/1/2014 | Points Living September 2014 | $1,899.00 |
| 9/1/2014 | Mercer Island Living Sept 2014 | $1,600.00 |
| 9/1/2014 | LHM Sept 2014 (8.4) | $1,095.00 |
| 9/1/2014 | Bellevue Club Sept 2014 | $1,360.00 |
| 9/1/2014 | Windermere Mag Fall 2014 | $750.00 |
| 9/15/2014 | Additional Photos | $1,500.00 |
| 9/15/2014 | Video | $1,750.00 |
| 9/27/2014 | Seattle Biz-Tech Summit brochure/power point 2014 | $5,500.00 |
| 10/1/2014 | West of Market Living Oct 2014 | $1,600.00 |
| 10/1/2014 | Points Living Oct 2014 | $1,899.00 |
| 10/1/2014 | Bellevue Club Oct 2014 | $1,360.00 |
| 10/8/2014 | Brochure Reorder | $133.59 |
| 11/1/2014 | Bellevue Club Nov 2014 | $1,360.00 |
| 11/1/2014 | Points Living Nov 2014 | $1,899.00 |
| 11/1/2014 | Unique Homes - China Nov 2014 | $995.00 |
| 11/21/2014 | Hurun Report 15th Anniversary Beijin Celebration | $0.00 |
| 12/1/2014 | Bellevue Reflections Dec 2014 | $1,360.00 |
| 1/1/2015 | Points Living Jan 2015 | $1,899.00 |
| 1/1/2015 | Bellevue Club January 2015 | $1,360.00 |
| 2/1/2015 | Mercer Island Living Feb 2015 | $1,600.00 |
| 2/1/2015 | Kirkland Living Feb 2015 | $895.00 |
| 2/1/2015 | Points Living Magazine Feb 2015 | $1,899.00 |
| 2/1/2015 | 425 Business Magazine Feb 2015 | $3,750.00 |
| 2/1/2015 | Bellevue Club Magazine Feb 2015 | $1,360.00 |
| 2/20/2015 | PSBJ | $195.00 |
| 3/1/2015 | 425 Magazine March/April Issue 2015 | $3,750.00 |
| 3/1/2015 | Mercer Island Living March 2015 | $3,000.00 |
| 3/1/2015 | LHM Issue 9.1 2015 | $1,095.00 |
| 3/1/2015 | Points Living March 2015 | $1,899.00 |
| 3/1/2015 | Luxe Spring 2015 | $2,495.00 |
| 4/1/2015 | Points Living April 2015 | $1,899.00 |
| 4/1/2015 | Bellevue Club April 2015 | $1,360.00 |
| 4/14/2015 | Brochure Reorder | $128.12 |
| 4/15/2015 | LHM 9.2 2015 | $1,095.00 |
| 4/23/2015 | Waterfront Mailer Postage Invoice | $574.31 |
| 5/1/2015 | Points Living May 2015 | $1,899.00 |
| 5/1/2015 | Kirkland Living May 2015 | $895.00 |
| 5/1/2015 | Mercer Island Living May 2015 | $1,600.00 |
| 5/1/2015 | Bellevue Club May 2015 | $1,360.00 |
| 5/2/2015 | Opening Day Mailer 2015 | $1,191.18 |
| 6/1/2015 | LUXE summer 2015 | $2,495.00 |
| 7/1/2015 | Points Living Magazine July 2015 | $1,899.00 |
| | | $36,265.50 |